**GIRARDI ½ KEESE**
THOMAS V. GIRARDI – BAR NO. 36603
AMY FISCH SOLOMON – BAR NO. 140333
AMANDA KENT- BAR NO. 258298
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211
Attorneys For Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY HERKAL,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BOSTON SCIENTIFIC CORPORATION, et al.<br><br>　　　　Defendants. | Case No. **2:12-cv-00005-JAM-CKD**<br><br>**ORDER GRANTING STIPULATION TO FILE THIRD AMENDED COMPLAINT**<br><br>Complaint filed: Oct. 20, 2010 |

Upon consideration of the parties' stipulation to allow Plaintiff to file a Third Amended Complaint,

It is hereby ordered that Plaintiff shall file a Third Amended Complaint within 10 days, on or before January 23, 2012.

DATED January 13, 2012　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

PROPOSED ORDER GRANTING STIPULATION TO FILE THIRD AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com