# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA COLEMAN, an individual,<br><br>             Plaintiff,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION, and DOE MANUFACTURERS 1 -100,<br><br>           Defendants. | Case No. 1:10-cv-01968-AWI-SAB<br><br>Judge Anthony W. Ishii<br>Magistrate Judge Stanley A. Boone<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO FILE JOINT REPORTS ON JUNE 22, 2020** |
| SHERRY HERKAL, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION, and DOE MANUFACTURERS 1 – 100,<br><br>           Defendants. | Case No. 2:12-cv-00005-AWI-SAB<br><br>Judge Anthony W. Ishii<br>Magistrate Judge Stanley A. Boone |

The Court, having considered the Parties' Joint Stipulation to File Joint Reports on June 22, 2020 ("the Stipulation) and finding good cause therefore, HEREBY ORDERS THAT:

1. The Stipulation is accepted and approved.

2. The Parties shall file their Joint Status Reports by June 22, 2020.

IT IS SO ORDERED.

Dated:   June 11, 2020                         _____
                                                SENIOR  DISTRICT  JUDGE