1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | SHERRY HERKAL,

Case No.  2:12-cv-00005-AWI-SAB

12 |        Plaintiff,

ORDER GRANTING DEFENDANT'S
SUBSTITUTION OF ATTORNEY

13 |     v.

(ECF No. 54)

14 | BOSTON SCIENTIFIC CORPORATION,

15 |        Defendant.

16

17 On June 30, 2020, Defendant Boston Scientific Corporation filed a notice of substitution

18 of attorney substituting attorney Tarifa B. Laddon for attorneys Eva Marie Mannoia Weiler, and

19 Natasha L. Mosley.  (ECF No. 54.)  Accordingly, Tarifa B. Laddon is substituted as attorney of

20 record for Defendant and the Office of the Clerk is directed to terminate attorneys Eva Marie

21 Mannoia Weiler, and Natasha L. Mosley.

22

IT IS SO ORDERED.

23

24 Dated:  __**July 1, 2020**__

          UNITED STATES MAGISTRATE JUDGE

25
26
27
28

1